**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jimmie L. WALLACE, Petitioner**

**No. 918 MAL 2016**

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**